Case 4:25-cv-05128   Document 11   Filed on 11/13/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIDENCIO ESPINOZA ANDRES, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-25-5128 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER TO SHOW CAUSE

On November 4, 2025, the Court issued an Order for Expedited Answer that required the respondents to notify both the Court and counsel for the petitioner, Fidencio Espinoza-Andres, no fewer than five days before Espinoza-Andres was moved to any facility outside of the Southern District of Texas. (Dkt. 7). Despite this Order, the respondents moved Espinoza-Andres from the Montgomery County Processing Center in Conroe, Texas, to the IAH Secure Adult Detention Facility in Livingston, Texas, without notice to either the Court or Espinosa-Andres's counsel. (Dkt. 9). Livingston is in Polk County, Texas, which is located in the Eastern District of Texas. *See* 28 U.S.C. §124(c)(6). Espinoza-Andres has filed a motion asking the Court to order his return to the Montgomery County Processing Center. (Dkt. 9).

Based on the foregoing, the Court **ORDERS** the respondents to show cause in writing within **five (5) days** of the date of this Order why the Court should not

order Espinoza-Andres to be returned to a facility within the Southern District of Texas. The response should also address the timing of Espinoza-Andres's move and explain why the respondents provided neither the Court nor Espinoza-Andres's with the court-ordered prior notice.

**The Clerk of Court will provide a copy of this Order to the parties.**

SIGNED at Houston, Texas on _____Nov 13_____, 2025.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE